IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 10-__10096__-01-03-__WEB__ |
| | ) | |
| **JOHN GRANT SHORE**, | ) | |
| **KRISTINA PAULINE LASHMET**, and | ) | |
| **RYAN WESLEY SWISHER**, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about February 15, 2010, in the District of Kansas, the defendants,

**JOHN GRANT SHORE,
KRISTINA PAULINE LASHMET, and
RYAN WESLEY SWISHER,**

did unlawfully, knowingly, and willfully attempt, in any way or degree, to obstruct, delay, and affect commerce and did obstruct, delay and affect commerce, and the movement of any article or commodity in commerce, by robbery, to-wit: the defendants did take and obtain personal property from the person and presence of owners, operators, and employees of Loves Country Store, 208 E. Hwy 50, Syracuse, Kansas, a business engaged in and affecting interstate commerce, against their will, by means of actual and threatened violence, force, and fear of injury to their person.

In violation of Title 18, United States Code, Sections 1951 and 2.

**COUNT 2**

On or about February 15, 2010, in the District of Kansas, the defendants,

**JOHN GRANT SHORE,
KRISTINA PAULINE LASHMET, and
RYAN WESLEY SWISHER,**

knowingly carried and used a firearm, which was brandished, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, the robbery of Loves Country Store, 208 E. Hwy 50, Syracuse, Kansas, in violation of Title 18, United States Code, Section 1951.

In violation of Title 18, United States Code, Sections 924(c) and 2.

A TRUE BILL

_June 17, 2010_                                   _s/Foreperson_
DATE                                              FOREMAN OF THE GRAND JURY


_s/Matt Treaster #17473_
LANNY D. WELCH
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 13267

(It is requested that trial be held in Wichita, Kansas.)